# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1712

_____

| | | |
|---|---|---|
| Clayton S. Creek, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| South Dakota Department of | * | |
| Corrections; South Dakota State | * | [UNPUBLISHED] |
| Penitentiary, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 26, 2002
Filed:  May 3, 2002

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Clayton S. Creek appeals the district court's[1] 28 U.S.C. §§ 1915(e)(2)(B) and 1915A dismissal without prejudice of his 42 U.S.C. § 1983 action.  Having carefully reviewed the record, we agree with the district court that the only named defendants–the South Dakota Department of Corrections and the South Dakota State Penitentiary–are entitled to Eleventh Amendment immunity from

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.

Creek's suit.  <u>See</u> <u>P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.</u>, 506 U.S. 139, 144 (1993).

Accordingly, the judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B. We also deny the pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.